# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 1:14-CR-00106

JASON MARK LAWRENCE

## JUDGMENT OF DISMISSAL

On this day, the United States of America made an oral motion to dismiss this case with prejudice. In accordance with the Court's oral ruling on the motion, this case is fully and finally dismissed with prejudice.

**SO ORDERED**, this 27th day of January, 2016.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**